UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE LAVI, <br><br>                       Plaintiff, <br><br> -against- <br><br> PUNEET TALWAR, EMBASSY OF MAROC, <br><br>                       Defendants. | 22-CV-10948 (LTS) <br><br> CIVIL JUDGMENT |

    For the reasons stated in the May 30, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 30, 2023
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge